1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10

11    RAM SING,                              No.  2:14-cv-02170-MCE-GGH

12              Plaintiff,

13         v.                                **ORDER**

14    MINERAL COUNTY, et al.,

15              Defendants.

16

17         On September 18, 2014, Plaintiff Ram Sing ("Plaintiff"), proceeding pro se,

18    brought this civil action arising out of his purportedly illegal prosecution by officials in

19    Mineral County, Nevada.  Compl., ECF No. 1.  On February 26, 2013, the Court

20    dismissed Plaintiff's Complaint in its entirety.  Order, ECF No. 13.  Plaintiff filed a Notice

21    of Appeal on November 6, 2014.  ECF No. 15.  On November 12, 2014, the United

22    States Court of Appeals for the Ninth Circuit referred the matter back to this Court for the

23    limited purpose of determining whether Plaintiff's in forma pauperis status should

24    continue on appeal or whether that status should be revoked because the appeal is

25    frivolous or taken in bad faith.  ECF No. 18; see 28 U.S.C. § 1915(a)(3).

26         Plaintiff's appeal is not taken in good faith because he fails to present an

27    "arguable basis in fact or law" to support his position.  O'Loughlin v. Doe, 920 F.2d 614,

28    617 (9th Cir. 1990).  Indeed, the Court already dismissed Plaintiff's claims as frivolous

1   once.  See ECF No. 13.  Plaintiff sought to enjoin his criminal prosecution in Nevada.

2   Accordingly, this Court lacked personal jurisdiction over at least the county Defendant.

3   ECF No. 5 at 3.  Similarly, venue is improper in this Court.  Id.  Finally, even if those

4   obstacles did not sufficiently preclude Plaintiff's claims, they are also barred by the

5   Younger abstention doctrine.  Id. at 3-4 (citing Younger v. Harris, 401 U.S. 37 (1971)).

6   Accordingly, for a number of reasons, both the complaint filed in this Court and Plaintiff's

7   current appeal are frivolous.

8         Plaintiff's in forma pauperis status is thus REVOKED.  The Clerk of the Court is

9   ordered to TRANSMIT a copy of this Order to the Clerk of the Court of the United States

10  Court of Appeals for the Ninth Circuit for filing on the docket of Case No. 14-17224.

11  Plaintiff's Motion to Proceed In Forma Pauperis (ECF No. 19) is DENIED.

12        IT IS SO ORDERED.

13  Dated:  November 25, 2014

14

15  _____
    MORRISON C. ENGLAND, JR., CHIEF JUDGE
16  UNITED STATES DISTRICT COURT

17

18

19

20

21

22

23

24

25

26

27

28

                                            2