1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

RAM SING,

                Plaintiff,

    v.

MINERAL COUNTY, et al.,

                Defendants.

No.  2:14-cv-02170-MCE-GGH

**ORDER**

      Plaintiff's Motion to Set Aside Revocation of IFP Status (ECF No. 22) is DENIED.

      IT IS SO ORDERED.

Dated:  August 24, 2022

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

1